# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VALERIE BRAVO | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-00128-ALM-AGD |
| | § | |
| UNITED STATES OF AMERICA | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 2, 2025, the Report of the Magistrate Judge, (Dkt. #11), was entered containing proposed findings of fact and recommendation that this case be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) and that any relief not addressed in the Report should be denied as moot.

Having received the Report of the United States Magistrate Judge (Dkt. #11), and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b). It is further **ORDERED** that any relief not addressed in the Report (Dkt. #11) is **DENIED AS MOOT**.

IT IS SO ORDERED.

SIGNED this 24th day of September, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE